**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ZABRENA LAVERNE CONLEY | CIVIL ACTION |
| VERSUS | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | NUMBER 13-333-JWD-SCR |

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report entered February 19, 2015, to which an objection was filed:

**IT IS ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the applications for supplemental security income benefits filed by plaintiff Zabrena Laverne Conley is affirmed, and this action is dismissed.

Signed in Baton Rouge, Louisiana, on March 2, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA